**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

AMERICAN OUTLAWS ASSOCIATION
d/b/a THE OUTLAWS MOTORCYCLE
CLUB, INC.

                                              **Civil Action No. 3:26-cv-01549-WWB-SJH**

    *Plaintiff*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS
AND EXPOLOSIVES, by and through ROBERT
CEKADA in his official capacity as Director of the
BUREAU OF ALCOHOL, TOBACCO, FIREARMS
AND EXPLOSIVES; THE DEPARTMENT OF JUSTICE,
by and through TODD BLANCHE, in his official capacity
as Acting Attorney General for the DEPARTMENT OF
JUSTICE; THE JACKSONVILLE SHERIFF'S OFFICE, by
and through SHERIFF T.K. WATERS in his official capacity
as Sheriff of THE JACKSONVILLE SHERIFF'S OFFICE;
and JOHN DOES 1-5

    *Defendants*.

_____/

## <u>MOTION FOR SPECIAL ADMISSION</u>

Erin McCampbell Paris, Esq., moves for special admission to represent

plaintiff American Outlaws Association d/b/a The Outlaws Motorcycle Club, Inc. in

this action.

I am not a member of The Florida Bar.

I am a member in good standing of a bar of a United States District Court;

specifically, the Western District of New York, among other federal courts.

I have not abused the privilege of special admission by maintaining a regular

1

law practice in Florida. I have appeared in one other case in the last thirty-six months in Florida state or federal courts, which was an appearance in *United States v. Bruce Harrison*, Middle District of Florida Case No. 94-CR-220, on behalf of Bruce Harrison.

I will comply with the federal rules and this Court's Local Rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/ *Erin McCampbell Paris*
Erin McCampbell Paris | NYBN: 4480166

2

**MAURICE WUTSCHER, LLP**
50 Fountain Plaza
Buffalo, New York 14202
Telephone: (716) 261-4703
eparis@mauricewutscher.com

## Local Rule 3.01(g) Certification

I would have attempted to contact counsel for the Defendants; however, this action is in its initial stage, and counsel for Defendants have not yet appeared. Should counsel appear prior to this Court's ruling on my admission, I will diligently contact opposing counsel and update this Court of my efforts and whether this motion is opposed or unopposed.

Dated: June 17, 2026,                    Respectfully submitted,

                                         /s/ Luke Lirot
                                         Luke Lirot, Esq. | FBN: 714836

                                         /s/ Rachel Ricks
                                         Rachel Ricks, Esq. | FBN: 1049469

                                         **LUKE CHARLES LIROT, P.A.**
                                         2240 Belleair Road, Suite 190
                                         Clearwater, Florida 33764
                                         Telephone: (727) 536-2100
                                         Facsimile: (727) 536-2110
                                         Primary Email: luke2@lirotlaw.com
                                         Primary Email: rachel@lirotlaw.com
                                         Secondary Email: team@lirotlaw.com

/s/ *Erin McCampbell Paris*
Erin McCampbell Paris | NYBN: 4480166

**MAURICE WUTSCHER, LLP**
50 Fountain Plaza
Buffalo, New York 14202
Telephone: (716) 261-4703
eparis@mauricewutscher.com

*Attorneys for American Outlaws Association*
*d/b/a/ The Outlaws Motorcycle Club, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 17, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties in this case.

/s/ *Luke Lirot*
Luke Lirot, Esq. | FBN: 714836

4