**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

AMERICAN OUTLAWS ASSOCIATION
d/b/a THE OUTLAWS MOTORCYCLE
CLUB, INC.                                                    **Case No. 26-CV-1549**

      *Plaintiff,*

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS
AND EXPOLOSIVES, by and through ROBERT
CEKADA in his official capacity as Director of the
BUREAU OF ALCOHOL, TOBACCO, FIREARMS
AND EXPLOSIVES; THE DEPARTMENT OF JUSTICE,
by and through TODD BLANCHE, in his official capacity
as Acting Attorney General for the DEPARTMENT OF
JUSTICE; THE JACKSONVILLE SHERIFF'S OFFICE, by
and through SHERIFF T.K. WATERS in his official capacity
as Sheriff of THE JACKSONVILLE SHERIFF'S OFFICE;
and JOHN DOES 1-5

      *Defendants.*

_____/

**PLAINTIFF'S DISCLOSURE STATEMENT (CIVIL) UNDER**

**RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

**Recusal Information**

**If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.**

      Plaintiff American Outlaws Association is a fraternal organization that d/b/a The Outlaws Motorcycle Club, Inc. ("Association"). The Association's domestic entity, The Outlaws Motorcycle Club, Inc., is registered with the Internal Revenue Service as a nonprofit corporation.

2

**Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.**

All members of the Association have an interest in the outcome of the litigation.

**Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.**

None.

**If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.**

This is not a bankruptcy appeal.

**Identify any entity or natural person not already disclosed and likely to actively participate in this action.**

Patrick M. Locklear.

**Identify any conflict of interest affecting the district judge or the magistrate judge in this action.**

None known.

**<u>Citizenship Information</u>**

**If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.**

Not applicable.   This action seeks vindication of federal constitutional rights. Jurisdiction is based on federal question jurisdiction.

**If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.**

Not applicable.  This is not a class action.

**<u>Certificate</u>**

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

Dated: July 3, 2026

Respectfully submitted,

/s/ Erin McCampbell Paris

Erin McCampbell Paris, Esq.
**MAURICE WUTSCHER, LLP**
New York Bar Number 4480166
50 Fountain Plaza, Suite 1400
Buffalo, New York 14202
Phone: (716) 261-4703
E-mail: eparis@mauricewutscher.com
*Admitted pro hac vice*

3

Luke C. Lirot, Esq.
**LAW OFFICES OF LUKE CHARLES LIROT, P.A.**
Florida Bar Number 714836
Rachel Ricks, Esq.
Florida Bar Number 1049469
2240 Belleair Rd., Suite 190
Clearwater, Florida 33764
Phone: (727) 536-2100
Email: Luke2@lirotlaw.com
      rachel@lirotlaw.com
      team@lirotlaw.com


Noel H. Flasterstein, Esq.
**NOEL H. FLASTERSTEIN, P.A.**
Florida Bar Number 189553
2801 Greene St., Suite 10
Hollywood, Florida 33020
Phone: (813) 919-7400
E-mail:  noel@flgunlaw.com


*Attorneys for American Outlaws
Association d/b/a The Outlaws
Motorcycle Club, Inc.*

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 3, 2026, a true and correct copy of the foregoing

has been served via certified US mail to the following defendants:

BUREAU OF ALCOHOL, TOBACCO, FIREARMS
AND EXPOLOSIVES, by and through ROBERT
CEKADA in his official capacity as Director of the
BUREAU OF ALCOHOL, TOBACCO, FIREARMS
AND EXPLOSIVES
99 New York Avenue, NE
Washington, DC 20226
Certified Mail: 9589 0710 5270 1486 1780 68

THE DEPARTMENT OF JUSTICE,
by and through TODD BLANCHE, in his official capacity
as Acting Attorney General for the DEPARTMENT OF
JUSTICE
950 Pennsylvania Avenue NW
Washington DC 20530
Certified Mail: 9589 0710 5270 1486 1780 44

Hon. Gregory Kehoe, Esq.
United States Attorney
Middle District of Florida
400 N. Tampa, St. Ste 3200
Tampa, Florida 33602
Certified Mail: 9589 0710 5270 1486 1780 51

THE JACKSONVILLE SHERIFF'S OFFICE, by
and through SHERIFF T.K. WATERS in his official capacity
as Sheriff of THE JACKSONVILLE SHERIFF'S OFFICE;
and JOHN DOES 1-5
501 E. Bay St.
Jacksonville, Florida 32202
Certified Mail: 9589 0710 5270 1486 1780 75

/s/ Erin McCampbell Paris

Erin McCampbell Paris, Esq.
**MAURICE WUTSCHER, LLP**
New York Bar Number 4480166