**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

AMERICAN OUTLAWS ASSOCIATION
d/b/a THE OUTLAWS MOTORCYCLE
CLUB, INC.                                                          **Case No. 26-CV-1549**

      *Plaintiff*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS
AND EXPOLOSIVES, by and through ROBERT
CEKADA in his official capacity as Director of the
BUREAU OF ALCOHOL, TOBACCO, FIREARMS
AND EXPLOSIVES; THE DEPARTMENT OF JUSTICE,
by and through TODD BLANCHE, in his official capacity
as Acting Attorney General for the DEPARTMENT OF
JUSTICE; THE JACKSONVILLE SHERIFF'S OFFICE, by
and through SHERIFF T.K. WATERS in his official capacity
as Sheriff of THE JACKSONVILLE SHERIFF'S OFFICE;
and JOHN DOES 1-5

      *Defendants*.

_____/

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT
OF PLAINTIFF'S MOTION TO SEAL FOUR EXHIBITS**

Plaintiff American Outlaws Association d/b/a The Outlaws Motorcycle Club, Inc.

("Association") submits this Memorandum of Law in Support of the Association's Motion

to Seal seeking an order allowing the continued under-seal filing of four exhibits

necessary to resolution of the Association's Time-Sensitive Motion for a Preliminary

Injunction (Doc. 15). Plaintiff seeks this order under this Court's inherent authority.

As this Court has previously recognized, "[t]rial courts have the inherent authority

and discretion to seal records." *United States v. Roberts*, 2022 WL 16855978, at *1 (M.D.

Fla. Nov. 10, 2022) (citing *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)).

1

Critically, although "courts of this country recognize a general right to inspect and copy judicial records and documents," *Nixon*, 435 U.S. at 597 (cleaned up), courts also have the "discretion to permit materials to be filed under seal" when certain "circumstances" merit privacy.  In balancing the public's presumptive right to access to court records with privacy concerns, courts consider:

> . . . among other factors, whether allowing access would impair court functions or harm legitimate privacy interests, the degree of and likelihood of injury if made public, the reliability of the information, whether there will be an opportunity to respond to the information, whether the information concerns public officials or public concerns, and the availability of a less onerous alternative to sealing the documents.

*Romero v. Drummond Co., Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2007).

Here, Plaintiff moves for an order allowing the continued under-seal filing of four exhibits necessary to resolution of Plaintiff's Time-Sensitive Motion for a Preliminary Injunction (Doc. 15).  The documents include a search warrant and warrant returns for a warrant that was executed under a docket in this District that remains under seal.  (Paris Decl. ¶¶ 3-6.).   Counsel for Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives and The Department of Justice consents to this request and has indicated that lesser means, such as redaction, is unsatisfactory.  (*Id*. ¶ 7.)  The fourth exhibit is a search warrant that was sought by Defendant Jacksonville Sheriff's Office in 2022.  (*Id*. ¶¶ 8-11.) It is unclear whether this warrant remains under seal at this time.

Plaintiff respectfully requests, as a matter of this Court's inherent authority, that this Court order Sealed Exhibits A-D (Docs. 17-1 through 17-4) to remain under seal until the parties notify the Court otherwise.

## **CONCLUSION**

For all these reasons, the Association respectfully requests that this Court issue an order allowing the continued under-seal filing of Sealed Exhibits A-D (Docs. 17-1 through 17-4).

Dated:        July 20, 2026                              Respectfully submitted,

/s/ Erin McCampbell Paris

Erin McCampbell Paris, Esq.
**MAURICE WUTSCHER, LLP**
New York Bar Number 4480166
50 Fountain Plaza, Suite 1400
Buffalo, New York 14202
Phone: (716) 261-4703
E-mail: eparis@mauricewutscher.com
*Admitted pro hac vice*

Luke C. Lirot, Esq.
**LAW OFFICES OF LUKE CHARLES LIROT, P.A.**
Florida Bar Number 714836
Rachel Ricks, Esq.
Florida Bar Number 1049469
2240 Belleair Rd., Suite 190
Clearwater, Florida 33764
Phone: (727) 536-2100
Email: Luke2@lirotlaw.com
         rachel@lirotlaw.com
         team@lirotlaw.com

Noel H. Flasterstein, Esq.
**NOEL H. FLASTERSTEIN, P.A.**
Florida Bar Number 189553
2801 Greene St., Suite 10
Hollywood, Florida 33020
Phone: (813) 919-7400
E-mail:  noel@flgunlaw.com

*Attorneys for American Outlaws Association d/b/a The Outlaws Motorcycle Club, Inc.*

4

## CERTIFICATION REGARDING USE OF
## GENERATIVE ARTIFICIAL INTELLIGENCE

Counsel for American Outlaws Association d/b/a The Outlaws Motorcycle Club, Inc. hereby certifies, pursuant to this Court's standing order regarding the use of generative artificial intelligence in filings as follows:

> No generative artificial intelligence tool was used to draft, edit, research, or otherwise assist in the preparation of the foregoing filing or any attachments.

Dated: July 20, 2026

Respectfully submitted,

/s/ Erin McCampbell Paris

Erin McCampbell Paris, Esq.
**MAURICE WUTSCHER, LLP**
New York Bar Number 4480166
50 Fountain Plaza, Suite 1400
Buffalo, New York 14202
Phone: (716) 261-4703
E-mail: eparis@mauricewutscher.com
*Admitted pro hac vice*

*Attorneys for American Outlaws Association d/b/a The Outlaws Motorcycle Club, Inc.*

5