**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

AMERICAN OUTLAWS ASSOCIATION,

      Plaintiff,

v.                                                                Case No.: 3:26-cv-1549-WWB-SJH

BUREA OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, THE
DEPARTMENT OF JUSTICE, THE
JACKSONVILLE SHERIFF'S OFFICE
and JOHN DOES 1–5,

      Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Time-Sensitive Motion for Preliminary Injunction (Doc. 15), filed July 3, 2026. In accordance with Federal Rule of Civil Procedure 65 and Local Rule 6.02, it is **ORDERED** and **ADJUDGED** as follows:

1. Defendants shall file a response to Plaintiff's Time-Sensitive Motion for Preliminary Injunction on or before **August 7, 2026**.

2. On or before **August 7, 2026,** the parties shall file a joint notice, not to exceed ten pages, informing this Court if an evidentiary hearing is necessary in this matter. Any party requesting an evidentiary hearing shall: (1) identify with particularity all disputed issues of material fact or credibility determinations that are expected to impact the resolution of the Motion; (2) the names of any witnesses that the party anticipates calling at a hearing; and (3) the estimated length of the requested hearing.

3. If the Court determines, after review of the parties' submissions and joint notice, that an evidentiary hearing is necessary for the resolution of the Motion, a hearing will be set by the Court. Otherwise, the Court will issue a ruling based on the parties' written submissions.

4. Plaintiff's Request for Oral Argument (Doc. 16) is **DENIED without prejudice**.

**DONE AND ORDERED** in Jacksonville, Florida on July 22, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record