**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

AMERICAN OUTLAWS ASSOCIATION
d/b/a THE OUTLAWS MOTORCYCLE
CLUB, INC.                                                                                **Case No. 26-CV-1549**

      *Plaintiff*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS
AND EXPOLOSIVES, by and through ROBERT
CEKADA in his official capacity as Director of the
BUREAU OF ALCOHOL, TOBACCO, FIREARMS
AND EXPLOSIVES; THE DEPARTMENT OF JUSTICE,
by and through TODD BLANCHE, in his official capacity
as Acting Attorney General for the DEPARTMENT OF
JUSTICE; THE JACKSONVILLE SHERIFF'S OFFICE, by
and through SHERIFF T.K. WATERS in his official capacity
as Sheriff of THE JACKSONVILLE SHERIFF'S OFFICE;
and JOHN DOES 1-5

      *Defendants*.

_____/

**PLAINTIFF'S SUPPLEMENT TO PLAINTIFF'S**
**MOTION TO SEAL FOUR EXHIBITS**

Plaintiff American Outlaws Association d/b/a The Outlaws Motorcycle Club, Inc. ("Association") submits this Supplement to its Motion to Seal Four Exhibits (Doc. 20) ("Motion"). At the time that Plaintiff filed the Motion, Plaintiff's counsel did not yet know the position of Defendant Jacksonville Sheriff's Office. Since then, the Association's counsel has had the opportunity to meet and confer with counsel for Defendant Jacksonville Sheriff's Office, who consent to the request to keep the four exhibits filed under seal (Docs. 17-1 through 17-4) until the parties notify the Court otherwise.

Consequently, the Motion is unopposed in its entirety.

1

**CONCLUSION**

The Association respectfully requests that this Court issue an order allowing the

continued under-seal filing of Sealed Exhibits A-D (Docs. 17-1 through 17-4).

Dated:  July 23, 2026  Respectfully submitted,

/s/ Erin McCampbell Paris

Erin McCampbell Paris, Esq.
**MAURICE WUTSCHER, LLP**
New York Bar Number 4480166
50 Fountain Plaza, Suite 1400
Buffalo, New York 14202
Phone: (716) 261-4703
E-mail: eparis@mauricewutscher.com
*Admitted pro hac vice*

Luke C. Lirot, Esq.
**LAW OFFICES OF LUKE CHARLES LIROT, P.A.**
Florida Bar Number 714836
Rachel Ricks, Esq.
Florida Bar Number 1049469
2240 Belleair Rd., Suite 190
Clearwater, Florida 33764
Phone: (727) 536-2100
Email: Luke2@lirotlaw.com
      rachel@lirotlaw.com
      team@lirotlaw.com

Noel H. Flasterstein, Esq.
**NOEL H. FLASTERSTEIN, P.A.**
Florida Bar Number 189553
2801 Greene St., Suite 10
Hollywood, Florida 33020
Phone: (813) 919-7400
E-mail:  noel@flgunlaw.com

*Attorneys for American Outlaws*
*Association d/b/a The Outlaws*
*Motorcycle Club, Inc.*

2

## CERTIFICATION REGARDING USE OF
## GENERATIVE ARTIFICIAL INTELLIGENCE

Counsel for American Outlaws Association d/b/a The Outlaws Motorcycle Club, Inc. hereby certifies, pursuant to this Court's standing order regarding the use of generative artificial intelligence in filings as follows:

> No generative artificial intelligence tool was used to draft, edit, research, or otherwise assist in the preparation of the foregoing filing or any attachments.

Dated: July 23, 2026

Respectfully submitted,

/s/ Erin McCampbell Paris

Erin McCampbell Paris, Esq.
**MAURICE WUTSCHER, LLP**
New York Bar Number 4480166
50 Fountain Plaza, Suite 1400
Buffalo, New York 14202
Phone: (716) 261-4703
E-mail: eparis@mauricewutscher.com
*Admitted pro hac vice*

*Attorneys for American Outlaws
Association d/b/a The Outlaws
Motorcycle Club, Inc.*