**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

AMERICAN OUTLAWS ASSOCIATION
d/b/a THE OUTLAWS MOTORCYCLE
CLUB, INC.

   Plaintiff,        CASE NO: 3:26-cv-01549-WWB-SJH

   v.

BUREAU OF ALCOHOL, TABACCO,
FIREARMS AND EXPLOSIVES, by and
through ROBERT CEKADA in his official
capacity as Director of the BUREAU OF
ALCOHOL, TABACCO, FIREARMS AND
EXPLOSIVES; THE DEPARTMENT OF
JUSTICE, by and through TODD BLANCHE,
in his official capacity as Acting Attorney
General for the DEPARTMENT OF JUSTICE;
THE JACKSONVILLE SHERIFF'S OFFICE,
by and through SHERIFF T.K. WATERS in
his official capacity as Sheriff of the
JACKSONVILLE SHERIFF'S OFFICE; and
JOHN DOES 1-5,

   Defendants.
_____/

**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**

Defendant Jacksonville Sheriff's Office (JSO) moves for an extension of time to respond to the Complaint until August 28, 2026. Plaintiff filed this action on June 12, 2026, and JSO was served with the Complaint on July 21, 2026. JSO's response is currently due August 11, 2026. The federal Defendants ATF and DOJ are due to respond to the Complaint on August 28, 2026. All Defendants have been ordered to respond to the Motion for Preliminary Injunction (Doc. 15) by August 7, 2026. Doc. 24.

1

In light of the briefing schedule and the federal Defendants' response deadline, JSO seeks to have its response to the Complaint due on August 28, 2026.   JSO does not seek this extension for the purpose of delay, and the request is made in good faith.

### MEMORANDUM OF LAW

"A district court must be able to exercise its managerial power to maintain control over its docket."  *Young v. City of Palm Bay, Fla.*, 358 F.3d 859, 864 (11th Cir. 2004).  It is within the Court's authority to reset the deadline for responding to the Complaint.

Wherefore, JSO respectfully requests this Court reset the deadline for responding to the Complaint to August 28, 2026, and enter any other relief as may be appropriate.

### Local Rule 3.01(g) Certification

The undersigned certifies she has conferred with Plaintiff and counsel for the federal Defendants, and neither has an objection to the relief sought herein.

### ARTIFICIAL INTELLIGENCE (AI) CERTIFICATION

The undersigned certifies that no generative AI was used in the drafting or preparation of this filing.

Respectfully submitted by:

**OFFICE OF GENERAL COUNSEL**

*/s/Laura Boeckman*
Laura Boeckman – Lead Counsel
Assistant General Counsel
Florida Bar No.: 527750
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone:  (904) 255-5054
Facsimile:  (904) 255-5199
lboeckman@coj.net
*Attorney for JSO*

2