REVISED 01/26

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

AMERICAN OUTLAWS ASSOCIATION
D/B/A THE OUTLAWS MOTORCYCLE
CLUB, INC.,

     Plaintiff,

v.                                                              Case No. 3:26-CV-01549-WWB-SJH

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, EXPLOSIVES, ET AL.,

     Defendants.

_____

**THE JACKSONVILLE SHERIFF'S OFFICE'S DISCLOSURE STATEMENT (CIVIL) UNDER
RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

**Recusal Information**

1.  If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

    N/A

2.  Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

    N/A

3.  Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

    N/A

REVISED 01/26

4. If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

   N/A

5. Identify any entity or natural person not already disclosed and likely to actively participate in this action.

   N/A

6. Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

   None.

## Citizenship Information

7. If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

   N/A

8. If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

   N/A

## Certificate

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

## ARTIFICIAL INTELLIGENCE (AI) CERTIFICATION

The undersigned certifies that no generative AI was used in the drafting or preparation of this filing.

2

REVISED 01/26

Respectfully submitted by:

**OFFICE OF GENERAL COUNSEL**

*/s/Laura Boeckman*
Laura Boeckman – Lead Counsel
Assistant General Counsel
Florida Bar No.: 527750
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone:  (904) 255-5054
Facsimile:  (904) 255-5199
lboeckman@coj.net; aristevski@coj.net
*Attorney for JSO*