**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

AMERICAN OUTLAWS ASSOCIATION
d/b/a THE OUTLAWS MOTORCYCLE
CLUB, INC.                                                                    **Case No. 26-CV-1549**

      *Plaintiff*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS
AND EXPOLOSIVES, by and through ROBERT
CEKADA in his official capacity as Director of the
BUREAU OF ALCOHOL, TOBACCO, FIREARMS
AND EXPLOSIVES; THE DEPARTMENT OF JUSTICE,
by and through TODD BLANCHE, in his official capacity
as Acting Attorney General for the DEPARTMENT OF
JUSTICE; THE JACKSONVILLE SHERIFF'S OFFICE, by
and through SHERIFF T.K. WATERS in his official capacity
as Sheriff of THE JACKSONVILLE SHERIFF'S OFFICE;
and JOHN DOES 1-5

      *Defendants*.

_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**PERMISSION TO FILE A REPLY BRIEF**
**IN SUPPORT OF PLAINTIFF'S TIME-SENSITIVE**
**MOTION FOR A PRELIMINARY INJUNCTION**
**AND TO EXTEND A DEADLINE**

Plaintiff American Outlaws Association d/b/a The Outlaws Motorcycle Club, Inc.

("Association") moves, unopposed, for permission to file a Reply Brief in support of

Plaintiff's Time-Sensitive Motion for a Preliminary Injunction, and additionally, for an

extension of the August 7, 2026 deadline for the parties to file a statement concerning the

need for an evidentiary hearing (or lack thereof) concerning the Time-Sensitive Motion for

a Preliminary Injunction.  In support of this Motion, Plaintiff asserts as follows:

1

1.      On July 3, 2026, the Association filed its Time-Sensitive Motion for a Preliminary Injunction.  The deadline for Defendants Bureau of Alcohol, Firearms and Explosives, and the Department of Justice (collectively, "Federal Defendants"), as well as Defendant Jacksonville Sheriff's Office ("JSO") to file their oppositions is August 7, 2026.

2.      The Association respectfully requests permission to file a Reply Brief in further support of the Time-Sensitive Motion for a Preliminary Injunction on August 21, 2026.  Critically, the Time-Sensitive Motion for a Preliminary Injunction raises serious constitutional problems with a warrant executed earlier this year at the Association's Clubhouse.  The undersigned believes that these important constitutional issues should be fully briefed, inclusive of a Reply Brief, to ensure that the record is fully developed.

3.      Additionally, the Association respectfully requests that this Court extend a deadline.

4.      At this time, the parties must submit a statement concerning the need for (or lack thereof) an evidentiary hearing ("Statement") for resolution of the Time-Sensitive Motion for a Preliminary Injunction on or before August 7, 2026.  Plaintiff respectfully requests that this Court extend this deadline to August 21, 2026, to enable Plaintiff to review the oppositions filed by the Federal Defendants and Defendant JSO, which are also due on August 7, 2026, prior to making a determination about the need for an evidentiary hearing.  An extension of the deadline for the Statement would streamline this litigation by avoiding the potential for the need to file more than one Statement.

5.      This Motion is made in good faith and not for the purpose of delay.  Granting this Motion is in the interest of justice and will not legally prejudice any party.

## MEMORANDUM OF LAW

Courts have inherent and broad discretion over the management of their dockets. *See Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11 Cir. 1997) ("[D]istrict courts enjoy broad discretion in deciding how best to manage the cases before them."); *see also Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001). In addition to this broad, inherent discretion, Rule 6 of the Federal Rules of Civil Procedure vests district courts with the authority to extend a deadline "for good cause."  F.R.C.P. 6(b)(1).

Here, Plaintiff seeks permission to file a Reply Brief on August 21, 2026, and to extend the deadline for the Statement from August 7, 2026 to August 21, 2026.  The granting of such relief – which falls under this Court's inherent authority to manage its docket – is supported by good cause.  First, an order granting the Association permission to file a Reply Brief ensures that this Court has a fulsome record before it on the significant constitutional issues presented by this case.  Second, the extension of the deadline to file the Statement streamlines the litigation by avoiding the need for the filing of multiple Statements, as discussed above.

## CONCLUSION

WHEREFORE, the Association respectfully requests that this Motion be granted and that this Court issue an order granting the Association permission to file a Reply Brief on or before August 21, 2026, and extending the deadline for filing the Statement from August 7, 2026 to August 21, 2026.

## LOCAL RULE 3.01(g) CERTIFICATE

Pursuant to Local Rule 3.01(g), the undersigned has conferred with the Federal Defendants' counsel, Katherine R. Branch, and Defendant JSO's counsel, Laura Boeckman, who consent to the requested relief.

## CERTIFICATION REGARDING USE OF GENERATIVE ARTIFICIAL INTELLIGENCE

The undersigned hereby certifies that no generative AI was used in the drafting and preparation of the foregoing filing.

Dated: July 31, 2026                      Respectfully submitted,

/s/ Erin McCampbell Paris

Erin McCampbell Paris, Esq.
**MAURICE WUTSCHER, LLP**
New York Bar Number 4480166
50 Fountain Plaza, Suite 1400
Buffalo, New York 14202
Phone: (716) 261-4703
E-mail: eparis@mauricewutscher.com
*Admitted pro hac vice*

Luke C. Lirot, Esq.
**LAW OFFICES OF LUKE CHARLES LIROT, P.A.**
Florida Bar Number 714836
Rachel Ricks, Esq.
Florida Bar Number 1049469
2240 Belleair Rd., Suite 190
Clearwater, Florida 33764
Phone: (727) 536-2100
Email: Luke2@lirotlaw.com
        rachel@lirotlaw.com
        team@lirotlaw.com

4

Noel H. Flasterstein, Esq.
**NOEL H. FLASTERSTEIN, P.A.**
Florida Bar Number 189553
2801 Greene St., Suite 10
Hollywood, Florida 33020
Phone: (813) 919-7400
E-mail:  noel@flgunlaw.com

*Attorneys for American Outlaws*
*Association d/b/a The Outlaws*
*Motorcycle Club, Inc.*