**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

AMERICAN OUTLAWS ASSOCIATION
d/b/a THE OUTLAWS MOTORCYCLE
CLUB, INC.

        Plaintiff,                    CASE NO: 3:26-cv-01549-WWB-SJH

        v.

BUREAU OF ALCOHOL, TABACCO,
FIREARMS AND EXPLOSIVES, by and
through ROBERT CEKADA in his official
capacity as Director of the BUREAU OF
ALCOHOL, TABACCO, FIREARMS AND
EXPLOSIVES; THE DEPARTMENT OF
JUSTICE, by and through TODD BLANCHE,
in his official capacity as Acting Attorney
General for the DEPARTMENT OF JUSTICE;
THE JACKSONVILLE SHERIFF'S OFFICE,
by and through SHERIFF T.K. WATERS in
his official capacity as Sheriff of the
JACKSONVILLE SHERIFF'S OFFICE; and
JOHN DOES 1-5,

        Defendants.

_____/

**JSO'S RESPONSE TO MOTION TO SEAL**

Defendant Jacksonville Sheriff's Office (JSO) responds to Plaintiff's Motion to Seal (Doc. 19) and this Court's July 24, 2026, Order. Doc. 29. Of the four exhibits that were the subject of the Motion to Seal, only exhibit D (Doc. 17-4) relates to JSO. The exhibit consists of two search warrants from June 16, 2022, issued for 9371 Holland Street, Jacksonville, Florida.

JSO has no reason to maintain these warrants under seal and has no objection to the exhibit being unsealed and released on the Court's docket.

1

## ARTIFICIAL INTELLIGENCE (AI) CERTIFICATION

The undersigned certifies that no generative AI was used in the drafting or preparation of this filing.

Respectfully submitted by:

**OFFICE OF GENERAL COUNSEL**

*/s/Laura Boeckman*
Laura Boeckman – Lead Counsel
Assistant General Counsel
Florida Bar No.: 527750
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone:  (904) 255-5054
Facsimile:  (904) 255-5199
lboeckman@coj.net; aristevski@coj.net

Mary Margaret Giannini
Assistant General Counsel
Florida Bar No.: 1005572
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone:  (904) 255-5079
Facsimile:  (904) 255-5199
MGiannini@coj.net

*Attorneys for JSO*