UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AMERICAN OUTLAWS ASSOCIATION
d/b/a THE OUTLAWS MOTORCYCLE
CLUB, INC.,

      Plaintiff,

v.

                                        Case No. 3:26-cv-01549-WWB-SJH

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, by and
through ROBERT CEKADA in his official
capacity as Director of the BUREAU OF
ALCOHOL, TOBACCO, FIREARMS AND
EXPLOSIVES, et al.

      Defendants.
_____/

## **RESPONSE TO MOTION TO SEAL**

Defendants the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and the Department of Justice ("DOJ") (collectively, the "Federal Defendants") respond to Plaintiff's Motion to Seal (Doc. 19) and the order setting a deadline to file any memorandum supporting sealing the material (Doc. 29). The Federal Defendants' documents are lodged at Docs. 17-1 (federal search warrant), 17-2 (handwritten search warrant inventory), and 17-3 (typewritten inventory prepared by Plaintiff's counsel).

The Court that issued the search warrant has sealed the (1) Application for Search Warrant, (2) Warrant, (3) Affidavit for Search Warrant, and (4) Motion to Seal. The seal expires on March 13, 2027. Federal Defendants will oppose any

motion to unseal the affidavit if such a motion is filed. However, Federal Defendants do not object to the search warrant, handwritten inventory and typewritten inventory lodged at Docs. 17-1, 17-2, and 17-3 being filed on the publicly available docket.

## A.I. CERTIFICATION

The undersigned hereby certifies that no generative AI was used in the drafting and preparation of the foregoing filing.

Dated: August 7, 2026             Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

*/s/ Katherine R. Branch*
KATHERINE R. BRANCH
Assistant United States Attorney
USA No.: 235
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270
Telephone No. (904) 301-6354/6300
Email: Katherine.Branch@usdoj.gov
*Attorneys for Federal Defendants*

2