**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

AMERICAN OUTLAWS ASSOCIATION
d/b/a THE OUTLAWS MOTORCYCLE
CLUB, INC. **Case No. 26-CV-1549**

*Plaintiff*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS
AND EXPOLOSIVES, by and through ROBERT
CEKADA in his official capacity as Director of the
BUREAU OF ALCOHOL, TOBACCO, FIREARMS
AND EXPLOSIVES; THE DEPARTMENT OF JUSTICE,
by and through TODD BLANCHE, in his official capacity
as Acting Attorney General for the DEPARTMENT OF
JUSTICE; THE JACKSONVILLE SHERIFF'S OFFICE, by
and through SHERIFF T.K. WATERS in his official capacity
as Sheriff of THE JACKSONVILLE SHERIFF'S OFFICE;
and JOHN DOES 1-5

*Defendants*.
_______________________________________________/

**PLAINTIFF'S MOTION TO EXTEND PAGE LIMIT FOR REPLY BRIEF AND RENEWED MOTION FOR PERMISSION TO FILE A REPLY BRIEF IN SUPPORT OF PLAINTIFF'S TIME-SENSITIVE MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiff American Outlaws Association d/b/a The Outlaws Motorcycle Club, Inc. ("Association") moves for an extension of the page limits for its reply and renews its motion for permission to file a Reply Brief in support of Plaintiff's Time-Sensitive Motion for a Preliminary Injunction. In support of this Motion, Plaintiff asserts as follows:

1. On July 3, 2026, the Association filed its Time-Sensitive Motion for a Preliminary Injunction.

2. On August 7, 2026, Defendants Bureau of Alcohol, Firearms and Explosives, and the Department of Justice (collectively, "Federal Defendants"), and Defendant Jacksonville Sheriff's Office ("JSO") filed their oppositions ("Oppositions"). The Oppositions raised several new issues both procedurally and substantively, and include new facts. The Association has not previously briefed these issues and facts and would be prejudiced if unable to reply. As a matter of fairness, and to ensure a fully developed record, the Association respectfully requests permission to file a Reply Brief in further support of the Time-Sensitive Motion for a Preliminary Injunction at a date to be set by this Court.

3. On August 13, 2026, Plaintiff filed an unopposed motion for permission to file a reply brief, stating that counsel for the Federal Defendants and JSO did not object to this request.

4. That motion remains under consideration.

5. The current version of the proposed reply has 10 text pages, just three text pages more than the 7-page limit. Plaintiff's counsel is an experienced litigator who understands that this Court disfavors motions to exceed the page limit. Counsel has therefore worked diligently to present the Plaintiff's arguments as concisely as possible, and has made difficult decisions, cutting more than seven text pages from the proposed reply. Further reduction of the reply brief would require the reduction of critical discussions of the issues of law raised by the Defendants. Defendants take no position on the extension of the page limits.

6. This Motion is made in good faith and not for the purpose of delay. Granting this Motion is in the interest of justice and will not legally prejudice any party.

## MEMORANDUM OF LAW

Courts have inherent and broad discretion over the management of their dockets. *See Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997) ("[D]istrict courts enjoy broad discretion in deciding how best to manage the cases before them."); *see also Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001). Here, Plaintiff seeks permission to file a Reply Brief of 10 text pages. This Court has the inherent authority to grant this request, which is supported by good cause. First, granting this request ensures that this Court has a fulsome record before it on the significant constitutional issues presented by this case. Second, the Association would be prejudiced by the inability to respond to the new arguments and new facts included in the oppositions of the Federal Defendants and JSO.

## CONCLUSION

WHEREFORE, the Association respectfully requests that this Motion be granted and that this Court issue an order granting the Association permission to file a Reply Brief of ten text pages on a date to be set by this Court.

## LOCAL RULE 3.01(g) CERTIFICATE

Pursuant to Local Rule 3.01(g), the undersigned has conferred with the Federal Defendants' counsel, Katherine R. Branch, and Defendant JSO's counsel, Laura Boeckman. They consent to the request for permission to reply and take no position on the motion for an extension of the page limits.

## CERTIFICATION REGARDING USE OF GENERATIVE ARTIFICIAL INTELLIGENCE

The undersigned hereby certifies that no generative AI was used in the drafting and preparation of the foregoing filing.

Dated: August 26, 2026

Respectfully submitted,

/s/ Erin McCampbell Paris

Erin McCampbell Paris, Esq.
**MAURICE WUTSCHER, LLP**
New York Bar Number 4480166
50 Fountain Plaza, Suite 1400
Buffalo, New York 14202
Phone: (716) 261-4703
E-mail: eparis@mauricewutscher.com
*Admitted pro hac vice*

Luke C. Lirot, Esq.
**LAW OFFICES OF LUKE CHARLES LIROT, P.A.**
Florida Bar Number 714836
Rachel Ricks, Esq.
Florida Bar Number 1049469
2240 Belleair Rd., Suite 190
Clearwater, Florida 33764
Phone: (727) 536-2100
Email: Luke2@lirotlaw.com
rachel@lirotlaw.com
team@lirotlaw.com

Noel H. Flasterstein, Esq.
**NOEL H. FLASTERSTEIN, P.A.**
Florida Bar Number 189553
2801 Greene St., Suite 10
Hollywood, Florida 33020
Phone: (813) 919-7400
E-mail: noel@flgunlaw.com

*Attorneys for American Outlaws Association d/b/a The Outlaws Motorcycle Club, Inc.*