**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

AMERICAN OUTLAWS ASSOCIATION, DBA THE OUTLAWS MOTORCYCLE CLUB, INC.,

Plaintiffs,

v. Case No. 3:26-CV-01549

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, ET AL,

Defendants.

**Uniform Case Management Report**

The goal of this case management report is to "secure the just, speedy, and inexpensive determination of" the action. *See* Fed. R. Civ. P. 1. Under Local Rule 3.02(a)(2), this case management report should be used in all civil cases except those described in Local Rule 3.02(d). Individual judges may have additional case management preferences that can be found under each judge's name on the Court's website, flmd.uscourts.gov/judges/all.

## 1. Date and Attendees

The parties may conduct the planning conference "in person, by telephone, or by comparable means[.]" *See* Local Rule 3.02(a)(1).

The parties conducted the planning conference on 9/2/2026. Erin McCampbell Paris and Luke Lirot, Counsel for Plaintiffs, Laura Boeckman and Mary Margaret Giannini, Counsel for JSO, and Katherine Branch, Counsel for the Bureau of Alcohol, Tobacco and Firearms and the DOJ, attended the conference.

## 2. Deadlines and Dates

The parties request these deadlines and dates:

| Action or Event | Date |
| --- | --- |

| | | |
|---|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | | 3/1/2027 |
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | | 4/1/2027 |
| Deadline for serving expert disclosures under Rule 26(a)(2), including any report required by Rule 26(a)(2)(B). | Plaintiff | 4/1/2027 |
| | Defendant | 5/1/2027 |
| | Rebuttal | 6/1/2027 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | | 6/1/2027 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | | 4/1/2027 |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | | 7/1/2027 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4.<br>Jennifer Gripa, Miles Mediation, 4651 Salisbury Road, Suite 170, Jacksonville FL, 32256, (904) 204-4463 | | 7/25/2027 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | | 2/7/2028 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | | 2/14/2028 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | | 2/21/2028 |
| Month and year of the trial term. | | 2/28/2028 |

The trial will last approximately 3 days and be

☐ jury.

☒ non-jury.

## 3. Description of the Action

IN THIS ACTION, PLAINTIFF ASSERTS THAT THE DEFENDANTS VIOLATED THE FIRST AND SECOND AMENDMENT RIGHTS OF PLAINTIFF AND ITS MEMBERS BY OBTAINING AND EXECUTING WARRANTS THAT ARE UNCONSTITUTIONAL ON THEIR FACE. THE PARTIES DO NOT ANTICIPATE MUCH DISCOVERY, IF ANY, WILL BE NEEDED BECAUSE PLAINTIFF'S CLAIMS RISE OR FALL ON THE FACE OF THE CHALLENGED WARRANTS. IT IS ANTICIPATED THAT THIS COURT'S RULINGS ON DISPOSITIVE MOTIONS, RATHER THAN EXTENSIVE RULINGS ON DISPUTED ISSUES OF FACT, WILL BE OUTCOME DETERMINATIVE.

**4. Disclosure Statement**

☒ Each party has filed a disclosure statement using the required form.

**5. Related Action**

☒ The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

**6. Consent to a Magistrate Judge**

"A United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States." Local Rule 1.02(a). With the parties' consent, a district judge can refer any civil matter to a magistrate judge for any or all proceedings, including a non-jury or jury trial. 28 U.S.C. § 636(c).

The Court asks the parties and counsel to consider the benefits to the parties and the Court of consenting to proceed before a magistrate judge. Consent can provide the parties certainty and flexibility in scheduling. Consent is voluntary, and a party for any reason can decide not to consent and continue before the district judge without adverse consequences. *See* Fed. R. Civ. P. 73(b)(2).

☐ The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

☒ The parties do not consent.

**7. Preliminary Pretrial Conference**

☒ The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

☐ The parties do request a preliminary pretrial conference, and the parties want to discuss enter discussion points.

## 8. Discovery Practice

| |
|---|
| The parties should read the Middle District Discovery Handbook, available on the Court's website at flmd.uscourts.gov/civil-discovery-handbook, to understand discovery practice in this District. |

☒ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

## 9. Discovery Plan

The parties submit the following discovery plan under Rule 26(f)(2):

A. The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

☒ Yes.
☐ No; instead, the parties agree to these changes: enter changes.

B. Discovery may be needed on these subjects: No topics are anticipated at this time.

C. Discovery should be conducted in phases:

☒ No.
☐ Yes; describe the suggested phases.

D. Are there issues about disclosure, discovery, or preservation of electronically stored information?

☒ No.
☐ Yes; describe the issue(s).

E. ☒ The parties state the following views and proposals on any issues about claims of privilege or of protection as trial-preparation materials,

including the timing and method for complying with Rule 26(b)(5)(A), Federal Rules of Civil Procedure, and—if the parties agree on a procedure to assert these claims after production—whether to ask the Court to include any agreement in an order under Rule 502(d), Federal Rules of Evidence: add the parties' views and proposals.

F. The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

☒ No.
☐ Yes; describe the stipulation.

## 10. Request for Special Handling

☐ The parties do not request special handling.

☒ The parties request special handling. Specifically, the parties have proposed a schedule that meets the unique needs of this particular case, in which the parties do not anticipate much discovery, if any.

☐ Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

## 11. Certification of familiarity with the Local Rules

☒ The parties certify that they have read and are familiar with the Court's Local Rules.

## 12. Signatures

*/s/ Luke Charles Lirot*
Luke Charles Lirot
Counsel for Plaintiff, American Outlaws Association
9/4/2026

*/s/ Erin McCampbell Paris*
Erin McCampbell Paris
Counsel for Plaintiff, American Outlaws Association
9/4/2026

*/s/ Laura Boeckman*

Laura Boeckman
Counsel for Defendant, Jacksonville Sheriff's Office
9/4/2026

*/s/ Mary Margaret Giannini*
Mary Margaret Giannini
Counsel for Defendant, Jacksonville Sheriff's Office
9/4/2026

*/s/ Katherine Branch*
Katherine Branch
Counsel for Federal Defendants, Bureau of Alcohol Tobacco and Firearms and Department of Justice
9/4/2026