**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

AMERICAN OUTLAWS ASSOCIATION,

Plaintiff,

v. Case No.: 3:26-cv-1549-WWB-SJH

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, THE DEPARTMENT OF JUSTICE, THE JACKSONVILLE SHERIFF'S OFFICE and JOHN DOES 1–5,

Defendants.
_________________________________/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Notice of Dismissal of Defendant Jacksonville Sheriff's Office (Doc. 53). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk is directed to terminate the Jacksonville Sheriff's Office as a Defendant in this matter and amend the case style accordingly. The Jacksonville Sheriff's Office's Motion to Dismiss (Doc. 47) is **DENIED as moot**.

**DONE AND ORDERED** in Jacksonville, Florida on September 21, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record